IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : | CIVIL ACTION NO. 1:07-CV-1298 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **NORTHWEST SAVINGS BANK & NORTHWEST BANCORP., INC.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 23rd day of August, 2007, upon consideration of the motion for leave to intervene as party plaintiff (Doc. 12), filed by Elizabeth Strause ("Strause"), see FED. R. CIV. P. 24(a)(1) (providing that "anyone shall be permitted to intervene in an action . . . when a statute of the United States confers an unconditional right to intervene"), and it appearing that Strause has a statutory right to intervene in this Title VII action, see 42 U.S.C. § 2000e-5(f)(1) ("The person or persons aggrieved shall have the right to intervene in a civil action brought by the Commission . . . ."), it is hereby ORDERED that:

1. The motion for leave to intervene (Doc. 12) is GRANTED.

2. The Clerk of Court is directed to remove the proposed document (Doc. 12, Ex. A) from the docket in this case, file it as an intervening complaint as of the date of this order, amend the docket to reflect the parties named therein, and issue a summons.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge